JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANPREET KAUR SIDHU, | CASE NO. 5:26-cv-00834-SK |
| Petitioner, | **JUDGMENT** |
| vs. | |
| MARK BOWEN, et al. | |
| Respondent(s). | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

The Clerk of Court is directed to close this case.

DATED: April 29, 2026

HON. STEVE KIM
United States Magistrate Judge